What will happen to us? You just have to take heed... The only thing you have to do.. Is try to think of a plan.  There are complex problems in this world.. we just can't see them. And these problems no longer exist. When we see them.. You will understand them.. Well, thanks very much.. and one more subject of interest.. I'll start our very procedural question.. of the very present priest.. When producer Falkner fires her old song at us.. when he jumps up at something.. to order one of my morse songs.. And we don't act to response.. but heet one another one.. not one matter what the case is.. And we shall be guided by them.. and have to sit and give you a piece of the same song.. or at least every stationary piece of the same song.. a personal piece of the same song.. A question? I know that my music is.. an expression of.. personal.. vulnerability.. I'm willing to give my life.. to show it off in a way.. that deserves a rise.. to the highest.. perfectionism.. And I'll surely.. finally.. express my heart and soul.. and show it to the world.. every so surely.. My dear défuit.. as I am about to lead you.. and I swear that I'm always on your side.. and I know that today.. today.. soon.. .. I've settled here.. we should meet at the gas station.. I'm sorry. She meant to say something else. I'd like to take the moment.. to thank you.. thanking.. for assisting so.. so many of you at the party.. So, my name is James.. I'm drinking some coffee from this area.. although the language of thishewysetheve shall become quite a rare occasion for me to.. contribute to this.. talk to you about peeling.. and I have decided.. that we peel.. this issue. .. important to mention.. is that we're in the middle of.. an administration decision.. to remove.. a prisoner.. from the grounds of denial.. of receiving state law permission.. from the University of Maryland.. who's working.. on the parole receipt.. it doesn't say anything.. about what's going on in this area.. it's just all about.. um.. respect to your honor.. my.. request is.. that you are to refuse.. uh.. at your dispute.. decision.. by the judge.. he says.. you will not.. peel.. on our own terms.. it's just the same thing.. that you will peel.. all other rights.. otherwise.. on your own terms.. so.. he said.. and by the way.. don't let me distract you.. with these questions.. that's where it is.. that's where you're at.. how it is.. that's where you're at.. and since it's being.. used and used.. in court.. in lieu of.. appeal to the state.. or federal court.. and.. um.. if you are.. okay.. to have.. a third party decide.. a dispute.. in lieu of.. appeal to the state.. or federal court.. then you're taking.. a..
judges: Pregerson, Bea, Owens